UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY HENRY<br><br>    Plaintiff,<br><br>v.<br><br>AIM CHASSIS, LLC, *et al.*,<br><br>    Defendants. | Case No.: 2:25-cv-00462-MMD-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is Plaintiff and Defendant Aim Chassis, LLC's stipulation to extend the deadline for Defendant's responsive pleading. Docket No. 15. The parties seek relief based on newly retained defense counsel and because "Plaintiff will also be seeking leave to file a Second Amended Complaint to help effectuate service on a Chinese corporation." Docket No. 15 at 2. In light of the circumstances, the Court finds that good cause has been shown for a two-week extension.

Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. Docket No. 15. Defendant's deadline to respond to Plaintiff's amended complaint is extended to May 13, 2025.

IT IS SO ORDERED.

Dated: April 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1