1  JUSTIN S. HEPWORTH (NV Bar No. 10080)
   justin.hepworth@clydeco.us
2  DYLAN P. TODD (NV Bar No. 10456)
   dylan.todd@clydeco.us
3  CLYDE & CO US LLP
   7251 W. Lake Mead Boulevard, Suite 430
4  Las Vegas, NV  89128
   Telephone: +1 725 248 2900
5  Facsimile:  +1 725 248 2907

6  *Attorneys for AIM Chassis, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| GARY HENRY,<br><br>                    Plaintiff,<br><br>   v.<br><br>AIM CHASSIS, LLC, a foreign Limited Liability Co.; SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES I – X, and ROE CORPORATIONS IX – XX, inclusive.<br><br>                    Defendants. | Case No.:  2:25-cv-00462-MMD-NJK<br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS DEFENDANT AIM CHASSIS, LLC WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff Gary Henry ("Plaintiff") and Defendant AIM Chassis, LLC ("AIM Chassis"), by and through their counsel of record, hereby stipulate and agree that all Plaintiff's claims and causes of action against AIM Chassis shall be dismissed without prejudice. Each party shall bear its own costs and fees incurred in this action. This stipulation does not pertain to any claims Plaintiff may have against other parties.

DATED: May 13, 2025

CLYDE & CO US LLP

    */s/ Justin S. Hepworth*
BY:_____

Justin S. Hepworth (NV Bar No. 10080)
Dylan P. Todd (NV Bar No. 10456)
7251 West Lake Mead Blvd., Suite 430
Las Vegas, Nevada 89128

*Attorneys for AIM CHASSIS, LLC*

DATED: May 13, 2025

SCHUETZE, McGAHA, TURNER
   & FERRIS, PLLC

    */s/ William M. McGaha*
BY:_____

William W. McGaha (NV Bar No. 3234)
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

*Attorneys for GARY HENRY*

## ORDER

IT IS HEREBY ORDERED that the all Plaintiff's claims and causes of action against AIM Chassis shall be dismissed without prejudice. Each party shall bear its own costs and fees incurred in this action. This Order does not pertain to any claims Plaintiff may have against other parties.

DATED this 14th day of May, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**CLYDE & CO US LLP**

    */s/ Justin S. Hepworth*
By:_____
Justin S. Hepworth (NV Bar No. 10080)
Dylan P. Todd (NV Bar No. 10456)
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
Telephone: 725-248-2900

*Attorneys for Aim Chassis LLC*

2