Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Defendant*
*AIM Chassis, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY HENRY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AIM CHASSIS, LLC, a foreign Limited Liability Co.; SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.:  2:25-cv-00462-MMD-NJK<br><br>ORDER GRANTING<br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

- 1 -

1  Clyde & Co US LLP hereby requests that Justin S. Hepworth and Dylan P. Todd be removed
2  from the Court's electronic service list as they are no longer involved in this matter given the
3  dismissal of AIM Chassis, LLC from this action. *See* Dkt. 21.

Dated: May 15, 2025               CLYDE & CO US LLP

                                  By:   */s/ Justin S. Hepworth*
                                        Justin S. Hepworth (NV Bar No. 10080)
                                        justin.hepworth@clydeco.us
                                        Dylan P. Todd (NV Bar #10456)
                                        dylan.todd@clydeco.us
                                        7251 W. Lake Mead Blvd., Suite 430
                                        Las Vegas NV  89128
                                        Telephone: 725-248-2900

                                        *Attorneys for Defendant*
                                        *AIM Chassis LLC*

IT IS SO ORDERED.                       Nancy J. Koppe
Dated: May 16, 2025                     United States Magistrate Judge

- 2 -