UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GARY HENRY,<br><br>                Plaintiff,<br><br>vs.<br><br>SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES I-X, and ROE CORPORATIONS XI-XX, inclusive,<br><br>                Defendants. | Case No. 2:25-cv-00462-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT** |

       Plaintiff Gary Henry ("Plaintiff") and Defendant China International Marine Containers (Group) Co., Ltd. ("CIMC") ") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

       1.     On June 20, 2025, Plaintiff filed his Second Amended Complaint.

       2.     On or about November 17, 2025, CIMC received a copy of the Second Amended Complaint in China and sought to retain counsel in the United States.

       3.     Due to the efforts to obtain counsel and the work-related scheduling conflicts for CIMC's counsel, including depositions, motion practice, expert reports, and the holiday season, and

as a matter of professional courtesy extended by Plaintiff's counsel, the Parties have agreed that CIMC shall have additional time to respond to the Second Amended Complaint.

4. The Parties therefore stipulate and agree to extend the deadline for CIMC to respond to the Second Amended Complaint to January 6, 2026.

5. This is CIMC's first requested extension. This Stipulation is entered in good faith and not for purposes of delay.

Dated this 15th day of December, 2025.

SCHUETZE, McGAHA, TURNER & FERRIS PLLC

By: /s/ William W. McGaha
WILLIAM W. MCGAHA
BAR NO. 3234
601 S. Rancho Drive, Ste. C-20
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*
Gary Henry

Dated this 15th day of December, 2025.

BAILEY✦KENNEDY

By: /s/ Jarod B. Penniman
DENNIS L. KENNEDY
JAROD B. PENNIMAN
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

*Attorneys for Defendant*
China International Marine Containers (Group) Co., Ltd.

IT IS SO ORDERED:

Dated: December 16, 2025

_____
United States Magistrate Judge
Nancy J. Koppe