UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GARY HENRY,

                Plaintiff,

vs.

SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES I-X, and ROE CORPORATIONS XI-XX, inclusive,

                Defendants.

Case No. 2:25-cv-00462-MMD-NJK

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT**

    Plaintiff Gary Henry ("Plaintiff") and Defendant China International Marine Containers (Group) Co., Ltd. ("CIMC") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

    1.    On or about November 17, 2025, CIMC received a copy of the Second Amended Complaint in China and sought to retain counsel in the United States.

    2.    After CIMC retained counsel in mid-December, the Parties stipulated and agreed to briefly extend CIMC's deadline to respond to the Second Amended Complaint to January 6, 2026.

    3.    The parties have recently commenced discussions to try to resolve this matter between them and, rather than engage immediately in motion practice, they intend to exchange

relevant documentation and information in order to engage in an expedited but good faith effort to resolve their dispute. In order to allow that process to unfold, they have stipulated and agreed to extend CIMC's deadline to respond to the Second Amended Complaint to January 30, 2026.

    4.    This is CIMC's second requested extension. This Stipulation is entered in good faith and not for purposes of delay.

Dated this 6th day of January, 2026.

SCHUETZE, McGAHA, TURNER & FERRIS PLLC

By: /s/William W. McGaha
    WILLIAM W. MCGAHA
    Nevada Bar No. 3234
    601 S. Rancho Drive, Ste. C-20
    Las Vegas, Nevada 89106

*Attorneys for Plaintiff*
Gary Henry

Dated this 6th day of January, 2026.

BAILEY❖KENNEDY

By: /s/ Jarod B. Penniman
    DENNIS L. KENNEDY
    JAROD B. PENNIMAN
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

*Attorneys for Defendant*
China International Marine Containers (Group) Co., Ltd.

**IT IS SO ORDERED:**

_____
Nancy J. Koppe
United States Magistrate Judge
DATED: January 6, 2026