UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GARY HENRY,

Plaintiff,

vs.

SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES I-X, and ROE CORPORATIONS XI-XX, inclusive,

Defendants.

Case No.  2:25-cv-00462-MMD-NJK

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT**

**[THIRD REQUEST]**

Plaintiff Gary Henry ("Plaintiff") and Defendant China International Marine Containers (Group) Co., Ltd. ("CIMC") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

1.     On or about November 17, 2025, CIMC received a copy of the Second Amended Complaint in China and sought to retain counsel in the United States.

Page **1** of **2**

2.      After CIMC retained counsel in mid-December, the Parties stipulated and agreed to extend the deadline for CIMC to respond to the Second Amended Complaint to January 6, 2026,[1] and then again to January 30, 2026.[2]

3.      The Parties have been engaged in discussions to resolve this matter between them and appear to be very close to a resolution after exchanging relevant documentation and information. In order to allow time for the Parties to finalize and document a resolution, and in order to avoid needless interim motion practice, they have stipulated and agreed to extend the deadline for CIMC to respond to the Second Amended Complaint to February 17, 2026.

4.      This is CIMC's third requested extension.  This Stipulation is entered in good faith and not for purposes of delay.

Dated this 30th day of January, 2026.

SCHUETZE, McGAHA, TURNER & FERRIS PLLC

By: /s/ William W. McGaha
     WILLIAM W. MCGAHA
     BAR NO. 3234
     601 S. Rancho Drive, Ste. C-20
     Las Vegas, Nevada 89106

*Attorneys for Plaintiff*
Gary Henry

Dated this 30th day of January, 2026.

BAILEY ❖ KENNEDY

By: /s/ Jarod B. Penniman
     DENNIS L. KENNEDY
     JAROD B. PENNIMAN
     8984 Spanish Ridge Avenue
     Las Vegas, Nevada 89148-1302

**MORRISON COHEN LLP**
DONALD H. CHASE
*(Admitted Pro Hac Vice)*

*Attorneys for Defendant*
China International Marine Containers (Group) Co., Ltd.

**IT IS SO ORDERED:**

Dated: February 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1]      ECF No. 42.

[2]      ECF No. 44.

Page **2** of **2**