**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GARY HENRY,

        Plaintiff,

  v.

SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES 1-X, and ROE CORPORATIONS XI-XX, inclusive.

        Defendants.

CASE NO.  2:25-CV-00462-MMD-NJK

**ORDER GRANTING STIPULATION TO SUBSTITUTE PARTY DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GARY HENRY, by and through his counsel of record, Bill McGaha, Esq., of Schuetze McGaha Turner & Ferris, PLLC, and Defendant SeaCube Leasing International, Inc. ("SeaCube Leasing"), by and through its counsel of record, David T. Blake, Esq., of Wolfe & Wyman LLP, as follows:

    1.    Plaintiff filed his Complaint naming SeaCube Leasing as a Defendant.

    2.    The correct legal entity for the Defendant is Service: Container Leasing International LLC d/b/a SeaCube Containers.

    3.    The parties agree to substitute Container Leasing International LLC d/b/a SeaCube Containers in place and stead of "SeaCube Leasing" as the Defendant in this action.

    4.    The caption of this matter shall be amended to reflect the correct Defendant.

1

5429717.1

5.      This stipulation is made without prejudice to any defenses or objections that the substituted Defendant may have to the merits of Plaintiff's claims.

**IT IS SO STIPULATED AND AGREED:**

DATED this 4th day of March, 2026.


**WOLFE & WYMAN LLP**

By: ___/s/ David Blake_____
DAVID T. BLAKE, ESQ.
Nevada Bar No. 7965
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Defendant*
*Container Leasing International LLC d/b/a SeaCube Containers*


**SCHUETZE MCGAHA TURNER & FERRIS, PLLC**

By: ___/s/ Bill McGaha_____
BILL MCGAHA, ESQ.
601 South Rancho Drive, Suite C-20
Las Vegas, NV 89106
*Attorneys for Plaintiff*
*Gary Henry*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2026_____

2

5429717.1