DENNIS L. KENNEDY
Nevada Bar No. 1462
JAROD B. PENNIMAN
Nevada Bar No. 16299
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JPenniman@BaileyKennedy.com

DONALD H. CHASE
*(Admitted Pro Hac Vice)*
**MORRISON COHEN LLP**
909 Third Avenue, 27th Fl.
New York, NY 10022
Telephone:  212.735.8600
Facsimile:  212.735.8708
DChase@MorrisonCohen.com

*Attorneys for Defendant*
China International Marine Containers (Group)
Co., Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GARY HENRY,

                           Plaintiff,

               vs.

SEACUBE LEASING INTERNATIONAL,
INC.; CHINA INTERNATIONAL MARINE
CONTAINERS (GROUP) CO., LTD.;
EVERGREEN INTERNATIONAL S.A.; and
DOES I-X, and ROE CORPORATIONS XI-XX,
inclusive,

                        Defendants.

Case No.  2:25-cv-00462-MMD-NJK

**ORDER GRANTING STIPULATION
OF VOLUNTARY DISMISSAL WITH
PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii) by and between the undersigned counsel for Plaintiff Gary Henry ("Plaintiff"), and

for Defendant China International Marine Containers (Group) Co. Ltd. ("CIMC"), that the above-

/ / /

Page **1** of **2**

captioned action (the "Action") be, and hereby is, dismissed with prejudice only as to CIMC, with each party to bear his or its own costs and fees associated with the Action.

Dated this 24th day of March, 2026.

SCHUETZE, McGAHA, TURNER & FERRIS PLLC


By: */s/William W. McGaha*
    WILLIAM W. McGAHA
    BAR NO. 3234
    601 S. Rancho Drive, Ste. C-20
    Las Vegas, Nevada 89106

*Attorneys for Plaintiff*
Gary Henry

Dated this 24th day of March, 2026.

BAILEY❖KENNEDY


By: */s/ Jarod B. Penniman*
    DENNIS L. KENNEDY
    JAROD B. PENNIMAN
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

**MORRISON COHEN LLP**
DONALD H. CHASE
*(Admitted Pro Hac Vice)*

*Attorneys for Defendant*
China International Marine Containers (Group) Co., Ltd.


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 25, 2026