

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY HENRY,<br><br>           Plaintiff,<br><br>   v.<br><br>SEACUBE LEASING INTERNATIONAL,<br>INC.; CHINA INTERNATIONAL<br>MARINE CONTAINERS (GROUP) CO.,<br>LTD.; EVERGREEN INTERNATIONAL<br>S.A.; and DOES 1-X, and ROE<br>CORPORATIONS XI-XX, inclusive<br><br>         Defendants. | CASE NO.  2:25-CV-00462-MMD-NJK<br><br>**Order Granting**<br>**Stipulation to Extend Deadline to**<br>**Respond to Motion to Reinstate Clerk's**<br>**Default** |

Plaintiff Gary Henry and Defendant SeaCube Leasing International, Inc. ("SeaCube") hereby stipulate and jointly request that the Court extend SeaCube's deadline to respond to Plaintiff's Motion to Reinstate Default Against Defendant SeaCube Leasing International, Inc. (ECF No. 64), filed June 25, 2026, from July 9, 2026 up to and including July 23, 2026. Good cause supports the requested extension for the reasons stated herein.

No party will suffer prejudice from the proposed extension. The extension is brief, sought in good faith, and not for purposes of delay. Granting the stipulation will allow SeaCube sufficient time to prepare and file its response to the Motion.

**IT IS SO ORDERED**
Dated: July 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge