**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY HENRY,<br><br>Plaintiff,<br>vs.<br><br>CONTAINER LEASING INTERNATIONAL LLC d/b/a SEACUBE CONTAINERS; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; EVERGREEN INTERNATIONAL S.A.; and DOES 1-X, and ROE CORPORATIONS XI-XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00462-MMD-NJK<br><br>**ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY** |

COMES NOW, WILLIAM W. MCGAHA, ESQ., counsel of record for Plaintiff, GARY HENRY, in the above-captioned action, does hereby consent to the substitution of ALISON M. BRASIER, ESQ., of HICKS & BRASIER, PLLC, as counsel for Plaintiff in place and stead of SCHUETZE, McGAHA, TURNER & FERRIS PLLC

DATED THIS 27 day of July, 2026.

**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**

Wm McGaha

WILLIAM W. MCGAHA, ESQ.
BAR No. 3234
601 S. Rancho Drive, Ste. C-20
Las Vegas, Nevada 89106

I, ALISON M. BRASIER, ESQ., of HICKS & BRASIER, PLLC, do hereby agree to be substituted in the place of WILLIAM W. MCGAHA, ESQ., as attorney for Plaintiff, GARY HENRY, in the above-captioned action.

DATED THIS 24 day of July, 2026.

**HICKS & BRASIER, PLLC**

ALISON M. BRASIER, ESQ.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

I, GARY HENRY, hereby consent to the substitution as counsel of record above in the above-captioned action.

DATED THIS 24 day of July, 2026.

GARY HENRY
PLAINTIFF

**IT IS SO ORDERED**
Dated: July 28, 2026

Nancy J. Koppe
United States Magistrate Judge