UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>AIM CHASSIS, LLC, a foreign Limited Liability Company; SEACUBE LEASING INTERNATIONAL, INC.; CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD; EVERGREEN INTERNATIONAL S.A.; and DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>Defendants. | **CASE NO**: 2:25-cv-00462-MMD-NJK<br><br>**Order Granting Stipulation for Extension to File Reply to Motion to Reinstate Clerk's Default** |

Plaintiff, Gary Henry and Defendant SeaCube Leasing International, Inc. hereby stipulate and request that the Court extend Plaintiff's deadline to file a reply to Defendant SeaCube Leasing International, Inc's Response to Motion to Reinstate Clerk's Default (ECF No.73) from July 29, 2026, to August 12, 2026. Good cause supports the requested extension for the reason stated herein.

No party will suffer prejudice from the proposed extension. The extension is brief, sought in good faith, and not for purposes of delay as prior counsel, William W. McGaha, Esq., had to retire for health related reasons and transfer the file to new

counsel. Granting the stipulation will allow Plaintiff, Gary Henry's new counsel sufficient time to prepare and file his Reply to the Motion.

IT IS SO STIPUATED.

**DATED** this 28th day of July 2026.

HICKS & BRASIER, PLLC

By: */s/ Alison Brasier*
ALISON M. BRASIER ESQ.
Nevada Bar #10522
2630 S. Jones Boulevard
Las Vegas, Nevada 89146

WILLIAM W. McGAHA, ESQ.
Nevada Bar #3234
Schuetze, McGaha, Turner & Ferris
601 S. Rancho Drive, Suite C20
Las Vegas, Nevada 89106
Attorneys for Plaintiff

**DATED** this 28th day of July 2026.

WOLFE & WYMAN, LLPCLYDE & CO.

By */s/ David Blake*
DAVID T. BLAKE, ESQ.
6757 Spencer Street
Las Vegas, Nevada 89119
Attorney for Defendant
SeaCube Leasing International, Inc.

**ORDER**

IT IS SO ORDERED this 29th day of July 2026.

UNITED STATES MAGISTRATE JUDGE